UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CONSTANCE FORE-HERON, individually and on behalf of all others similarly situated,

                Plaintiff,

-v.-

THE PRICE CHOPPER, INC.,

                Defendant.

Case No. 19-cv-11224 (NSR)

[PROPOSED] ORDER ON CASE MANAGEMENT PLAN DEADLINE

---

    **IT IS HEREBY ORDERED** that the operative deadline for the parties' case management plan is November 10, 2020. This order supersedes ECF 18 as it relates to the foregoing deadline, which was previously October 20, 2020.

                                                             SO ORDERED.

Dated:    White Plains, NY
           Sept. 30, 2020

                                                             United States District Judge



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/2020