**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 6000

**MEMO ENDORSED**

Via CM/ECF

October 5, 2020

The Honorable Nelson S. Román
United States Courthouse
Courtroom 218
300 Quarropas Street
White Plains, NY 10601

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/2020
```

Re: *Fore-Heron v. The Price Chopper, Inc.*, No. 19-11224 (NSR)

Dear Judge Román:

This office represents Defendant The Price Chopper, Inc. On June 22, 2020, Defendant sought a pre-motion conference for filing a motion to dismiss the original complaint. ECF 16. Plaintiff then requested and was granted an extension of 39 days to file an amended complaint (extended from July 13 to August 21, 2020). ECF 17, 18. Plaintiff then requested and was granted an additional 21-day extension (from August 21 to September 11, 2020). ECF 20, 21. Defendant consented to both extensions, which combined total eight weeks and five days.

Defendant requests, and Plaintiff consents, that the Court permit the filing of Defendant's motion to dismiss on or before **December 8, 2020**, representing a six-week extension of the operative due date of October 27, 2020, with Plaintiff's opposition due **January 13, 2021** and Defendant's reply due **February 3, 2021**. The parties' case-management plan would, under this proposed schedule, be due on **December 22, 2020**.

Defendant has not previously requested an extension of time to file its motion to dismiss. The reason for this request is that Defendant requires additional time to address the different scope of the putative class in the amended complaint, as well as the new substantive allegations.

A proposed order is attached.

Sincerely,

/s/ Steven Rosenbaum

Steven Rosenbaum
*Counsel for Defendant The Price Chopper, Inc.*

Attachment

The Court grants Defendant a 4-week extension. Defendant's motion to dismiss is now due on November 24. Plaintiff's opposition is now due on December 30. Defendant's reply is now due January 20.

SO ORDERED:

Dated: 10/5/2020
White Plains, NY

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE